## INDEX OF EXHIBITS

Exhibit 1 – Guilty Plea Agreement

Exhibit 2 – Settlement Agreement